JOHN H. FINDLEY, No. 50495
E-mail: jhf@pacificlegal.org
PAUL J. BEARD, No. 210563
E-mail: pjb@pacificlegal.org
DAMIEN M. SCHIFF, No. 235101
E-mail: dms@pacificlegal.org
Pacific Legal Foundation
3900 Lennane Drive, Suite 200
Sacramento, California 95834
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARNUM TIMBER CO., ) | No. 3:08-cv-01988-WHA |
| Plaintiff, ) | **DECLARATION OF SERVICE VIA CERTIFIED MAIL** |
| v. ) | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; STEPHEN JOHNSON, in his official capacity as Administrator; and CALIFORNIA STATE WATER RESOURCES CONTROL BOARD, ) | |
| Defendants. ) | |

I, Tawnda Elling, declare as follows:

I am a resident of the State of California, residing or employed in Sacramento, California.

I am over the age of 18 years and am not a party to the above-entitled action.

My business address is 3900 Lennane Drive, Suite 200, Sacramento, California.

On May 1, 2008, true copies of (1) COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF; (2) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; (3) SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE

PACIFIC LEGAL FOUNDATION
3900 Lennane Drive, Suite 200
Sacramento, CA 95834
(916) 419-7111 FAX (916) 419-7747

1 | JUDGE WILLIAM ALSUP; and (4) STANDING ORDER FOR ALL JUDGES OF THE

2 | NORTHERN DISTRICT OF CALIFORNIA - CONTENTS OF JOINT CASE MANAGEMENT

3 | STATEMENT were placed in envelopes addressed to:

4 |     U.S. Environmental Protection Agency
    1200 Pennsylvania Avenue, NW

5 |     Washington, DC  20460

6 |     Stephen L. Johnson
    Administrator

7 |     U.S. Environmental Protection Agency
    1200 Pennsylvania Avenue, NW

8 |     Washington, DC  20460

9 |     Michael Mukasey
    Attorney General

10 |     U.S. Department of Justice
    950 Pennsylvania Avenue, NW

11 |     Washington, DC  20530-0001

12 |     Joseph P. Russoniello
    U.S. Attorney

13 |     450 Golden Gate Avenue
    San Francisco, CA  94102

14 |     Attn:  Civil Process Clerk

15 | which envelopes, with postage thereon fully prepaid, were then sealed and mailed by certified mail

16 | at a United States Post Office in Sacramento, California.

17 |     I declare under penalty of perjury that the foregoing is true and correct and that this

18 | declaration was executed this 1st day of May, 2008, at Sacramento, California.

19 |

20 |     TAWNDA ELLING

21 |

*Left margin (vertical):* PACIFIC LEGAL FOUNDATION
3900 Lennane Drive, Suite 200
Sacramento, CA 95834
(916) 419-7111 FAX (916) 419-7747