JOHN H. FINDLEY, No. 50495
E-mail: jhf@pacificlegal.org
PAUL J. BEARD, No. 210563
E-mail: pjb@pacificlegal.org
DAMIEN M. SCHIFF, No. 235101
E-mail: dms@pacificlegal.org
Pacific Legal Foundation
3900 Lennane Drive, Suite 200
Sacramento, California 95834
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARNUM TIMBER CO.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; STEPHEN JOHNSON, in his official capacity as Administrator; and CALIFORNIA STATE WATER RESOURCES CONTROL BOARD,<br><br>　　　　Defendants. | No. 3:08-cv-01988-WHA<br><br>**DECLARATION OF SERVICE VIA CERTIFIED MAIL** |

I, Tawnda Elling, declare as follows:

I am a resident of the State of California, residing or employed in Sacramento, California.

I am over the age of 18 years and am not a party to the above-entitled action.

My business address is 3900 Lennane Drive, Suite 200, Sacramento, California.

On May 2, 2008, true copies of NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; (2) WAIVER OF SERVICE OF SUMMONS; and (3) NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS were placed in envelopes addressed to:

```
 1   U.S. Environmental Protection Agency
     1200 Pennsylvania Avenue, NW
 2   Washington, DC  20460

 3   Stephen L. Johnson
     Administrator
 4   U.S. Environmental Protection Agency
     1200 Pennsylvania Avenue, NW
 5   Washington, DC  20460

 6   Michael Mukasey
     Attorney General
 7   U.S. Department of Justice
     950 Pennsylvania Avenue, NW
 8   Washington, DC  20530-0001

 9   Joseph P. Russoniello
     U.S. Attorney
10   450 Golden Gate Avenue
     San Francisco, CA  94102
11   Attn:  Civil Process Clerk
```

which envelopes, with postage thereon fully prepaid, were then sealed and mailed by certified mail at a United States Post Office in Sacramento, California.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 2nd day of May, 2008, at Sacramento, California.

*[signature]*
TAWNDA ELLING

PACIFIC LEGAL FOUNDATION
3900 Lennane Drive, Suite 200
Sacramento, CA 95834
(916) 419-7111 FAX (916) 419-7747