1  RONALD J. TENPAS
   Assistant Attorney General
2  Environment & Natural Resources Division

3  MEREDITH WEINBERG (VA Bar No. 47516)
   Trial Attorney
4  U.S. Department of Justice
   Environment & Natural Resources Division
5  Environmental Defense Section
   P.O. Box 23986
6  Washington, D.C. 20026-3986
   Tel:    (202) 514-2593
7  Fax:   (202) 514-8865
   Email: meredith.weinberg@usdoj.gov
8  *Counsel for Defendants*

9

10                UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA

12

13  BARNUM TIMBER CO., a California    )    Civil Case No. C 08-01988 WHA
    limited partnership,                )
14                                      )
                                        )
15          Plaintiff,                  )    **NOTICE OF APPEARANCE**
                                        )
16      v.                              )
                                        )
17  UNITED STATES ENVIRONMENTAL         )
    PROTECTION AGENCY; and STEPHEN      )
18  L. JOHNSON, in his official capacity as )
    Administrator of the United States  )
19  Environmental Protection Agency,    )
                                        )
20          Defendants.                 )
                                        )
21                                      )
                                        )
22                                      )
                                        )
23

24

25      Please enter the appearance of Meredith Weinberg as counsel for Defendants United

26  States Environmental Protection Agency and Stephen L. Johnson in this matter. Ms. Weinberg's

27  addresses and contact information are as follows:

28

**NOTICE OF APPEARANCE**
1

| | |
|---|---|
| **MAILING ADDRESS** | **OVERNIGHT ADDRESS (not to be used for regular mail)** |
| Meredith Weinberg | Meredith Weinberg |
| U.S. Department of Justice | U.S. Department of Justice |
| Environment & Natural Resources Division | Environment & Natural Resources Division |
| Environmental Defense Section | Environmental Defense Section |
| P.O. Box 23986 | 601 D Street, NW, Suite 8000 |
| Washington, D.C. 20026-3986 | Washington, D.C. 20004 |

**TELEPHONE**     (202) 514-2593

**FACSIMILE**     (202) 514-8865

**E-MAIL**           meredith.weinberg@usdoj.gov

Respectfully submitted,

Dated:   May 30, 2008

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

*/s/ M Weinberg*
MEREDITH WEINBERG
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986

Counsel for Defendants

**CERTIFICATE OF SERVICE**

I certify that on May 30, 2008, a true and correct copy of the foregoing NOTICE OF APPEARANCE was served electronically via the Court's e-filing system to Counsel of Record.

*/s/ M Weinberg*
MEREDITH WEINBERG