RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

MEREDITH WEINBERG (VA Bar No. 47516)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Tel:    (202) 514-2593
Fax:   (202) 514-8865
Email: meredith.weinberg@usdoj.gov
*Counsel for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARNUM TIMBER CO., a California limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and STEPHEN L. JOHNSON, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>Defendants. | Civil Case No. C 08-01988 WHA<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |

The undersigned counsel, on behalf of Defendants United States Environmental Protection Agency and Stephen L. Johnson, hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition.

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**

Respectfully submitted,

Dated:    May 30, 2008

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

*/s/ M. Weinberg*

MEREDITH WEINBERG
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986

Counsel for Defendants EPA and Johnson

**CERTIFICATE OF SERVICE**

I certify that on May 30, 2008, a true and correct copy of the foregoing DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE was served electronically via the Court's e-filing system to Counsel of Record.

_M Weinberg_
MEREDITH WEINBERG