RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

MEREDITH WEINBERG (VA Bar No. 47516)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Tel:   (202) 514-2593
Fax:   (202) 514-8865
Email: meredith.weinberg@usdoj.gov
*Counsel for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARNUM TIMBER CO., a California limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and STEPHEN L. JOHNSON, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>Defendants. | Civil Case No. CV 08-1988<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS COMPLAINT**<br><br>JUDGE: Hon. William H. Alsup |

Upon consideration of the Motion to Dismiss Complaint submitted by Defendants United States Environmental Protection Agency and Stephen L. Johnson:

IT IS ORDERED that the motion be GRANTED and the Complaint of Plaintiff Barnum Timber Co. is hereby DISMISSED.

Dated: _____, 2008

_____
UNITED STATES DISTRICT JUDGE