JOHN H. FINDLEY, No. 50495
E-mail:  jhf@pacificlegal.org
PAUL J. BEARD II, No. 210563
E-mail:  pjb@pacificlegal.org
DAMIEN M. SCHIFF, No. 235101
E-mail:  dms@pacificlegal.org
Pacific Legal Foundation
3900 Lennane Drive, Suite 200
Sacramento, California 95834
Telephone:  (916) 419-7111
Facsimile:  (916) 419-7747

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BARNUM TIMBER CO., | ) | No. 3:08-cv-01988-WHA |
| | ) | |
| Plaintiff, | ) | **CERTIFICATION** |
| | ) | **OF INTERESTED** |
| v. | ) | **ENTITIES OR PERSONS** |
| | ) | |
| UNITED STATES ENVIRONMENTAL | ) | |
| PROTECTION AGENCY; and STEPHEN L. | ) | |
| JOHNSON, in his official capacity as Administrator, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report, except to the extent that other property owners within the Redwood Creek watershed may be benefitted should the Plaintiff obtain a favorable judgment in this action.

DATED:  July 2, 2008.

Respectfully submitted,

JOHN H. FINDLEY
PAUL J. BEARD II
DAMIEN M. SCHIFF

By   /s/ Damien M. Schiff
    DAMIEN M. SCHIFF
Attorneys for Plaintiff

PACIFIC LEGAL FOUNDATION
3900 Lennane Drive, Suite 200
Sacramento, CA 95834
(916) 419-7111 FAX (916) 419-7747