UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BARNUM TIMBER CO.

        Plaintiff(s),

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY
        Defendant(s).

Case No. C 08-01988 WHA

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: June 27, 2008

                                                  Barbara Pace
                                                  [Party]

Dated: 7/2/08

                                                  M Weinberg
                                                  [Counsel]