UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

          Plaintiff(s),

v.

          Defendant(s).
_____/

Case No.

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated:_____                                               _____
                                                                                   [Party]

Dated: _____                                              _____
                                                                                   [Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

**DECLARATION OF DAMIEN M. SCHIFF**

I, Damien M. Schiff, hereby attest that I have on file all holograph signatures for any signatures indicated by "conformed" signature within this e-filed document.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge and that this declaration was executed the 2nd day of July, 2008, in Sacramento, California.

      /s/ Damien M. Schiff
    DAMIEN M. SCHIFF

PACIFIC LEGAL FOUNDATION
3900 Lennane Drive, Suite 200
Sacramento, CA 95834
(916) 419-7111 FAX (916) 419-7747