RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

MEREDITH WEINBERG (VA Bar No. 47516)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Tel:   (202) 514-2593
Fax:   (202) 514-8865
Email: meredith.weinberg@usdoj.gov
*Counsel for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARNUM TIMBER CO., a California limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and STEPHEN L. JOHNSON, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>Defendants. | Civil Case No. CV 08-1988<br><br>**DEFENDANTS' AMENDED NOTICE OF MOTION TO DISMISS COMPLAINT**<br><br>DATE: September 25, 2008<br><br>TIME: 8:00 AM<br><br>COURTROOM: 9, 19th Floor, SF<br><br>JUDGE: Hon. William H. Alsup |

PLEASE TAKE NOTICE that defendants United States Environmental Protection Agency and Stephen L. Johnson, by counsel, will move this Court to dismiss Plaintiff Barnum Timber Co.'s Complaint on September 25, 2008, at 8:00 a.m., rather than on August 14, 2008, due to the Court's unavailability on August 14, 2008.

DEFENDANTS' AMENDED NOTICE OF MOTION TO DISMISS COMPLAINT

1

Respectfully submitted,

Dated: July 8, 2008

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

*/s/ M Weinberg*

MEREDITH WEINBERG
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986

Counsel for Defendants EPA and Johnson

DEFENDANTS' AMENDED NOTICE OF MOTION TO DISMISS COMPLAINT
2

**CERTIFICATE OF SERVICE**

I certify that on July 8, 2008, a true and correct copy of the foregoing DEFENDANTS' AMENDED NOTICE OF MOTION TO DISMISS COMPLAINT was served electronically via the Court's e-filing system to Counsel of Record.

_____
MEREDITH WEINBERG