RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

MEREDITH WEINBERG (VA Bar No. 47516)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Tel:    (202) 514-2593
Fax:    (202) 514-8865
Email: meredith.weinberg@usdoj.gov
*Counsel for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BARNUM TIMBER CO., a California limited partnership,<br><br>       Plaintiff,<br><br>   v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and STEPHEN L. JOHNSON, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>       Defendants. | Civil Case No. CV 08-1988<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE TO SEPTEMBER 25, 2008 AND LAST DAY TO FILE JOINT CASE MANAGEMENT STATEMENT TO SEPTEMBER 18, 2008** |

WHEREAS Plaintiff Barnum Timber Co. filed the instant action against Defendants United

States Environmental Protection Agency and Stephen L. Johnson, as Administrator of the United

States Environmental Protection Agency (collectively, "EPA");

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT
CONFERENCE TO SEPTEMBER 25, 2008 AND LAST DAY TO FILE JOINT CASE MANAGEMENT STATEMENT
TO SEPTEMBER 18, 2008

1

1    WHEREAS, on April 16, 2008, the Court issued an Order Setting Initial Case Management

2  Conference and ADR Deadlines in which it set the Initial Case Management Conference for July

3  24, 2008 and the last day to file the Joint Case Management Statement on July 17, 2008;

4    WHEREAS, on June 30, 2008, EPA filed a Notice of Motion and Motion to Dismiss the

5  Complaint, noticing oral argument on its motion for August 14, 2008;

6    WHEREAS, on July 1, 2008 the Court notified EPA's counsel that it was unavailable on

7  August 14, 2008 and requested that EPA re-notice the motion;

8    WHEREAS, simultaneously with this Stipulation, EPA is filing an amended Notice of

9  Motion to Dismiss, noticing oral argument on its Motion to Dismiss the Complaint for

10  September 25, 2008;

11    WHEREAS, the Parties believe that it is in the interest of judicial economy to continue

12  the Initial Case Management Conference until immediately following oral argument on EPA's

13  Motion to Dismiss the Complaint, because the Court's resolution of the motion may preclude the

14  need to set further deadlines in this matter;

15    WHEREAS, if the Court continues the Initial Case Management Conference until

16  immediately following EPA's Motion to Dismiss the Complaint, the Parties believe that the

17  Court should also continue the last day to file the Joint Case Management Statement accordingly;

18    NOW THEREFORE, Plaintiff and EPA hereby stipulate and jointly request that the Court

19  continue the July 24, 2008 Initial Case Management Conference to September 25, 2008

20  immediately following oral argument on EPA's Motion to Dismiss the Complaint, and also

21  continue the last day to file the Joint Case Management Statement to September 18, 2008.

22

23  PURSUANT TO STIPULATION, IT IS SO ORDERED.

24

25  DATED: _____          _____

26                                              Hon. WILLIAM H. ALSUP

27

28    **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT
CONFERENCE TO SEPTEMBER 25, 2008 AND LAST DAY TO FILE JOINT CASE MANAGEMENT STATEMENT
TO SEPTEMBER 18, 2008**

1

2                                        Respectfully submitted,

3

4   Dated:    July 8, 2008

5                                        RONALD J. TENPAS
                                         Assistant Attorney General
6                                        Environment & Natural Resources Division

7                                        _____

8                                        MEREDITH WEINBERG
                                         Trial Attorney
9                                        U.S. Department of Justice
                                         Environment & Natural Resources Division
10                                       Environmental Defense Section
                                         P.O. Box 23986
11                                       Washington, D.C. 20026-3986

12

13

14                                       Counsel for Defendants EPA and Johnson

15

16  Dated:    July 7, 2008               _____

17                                       DAMIEN SCHIFF
                                         Pacific Legal Foundation
18                                       3900 Lennane Drive, Suite 200
19                                       Sacramento, CA 95834

20                                       Counsel for Plaintiff Barnum Timber Co.

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE TO
AUGUST 28, 2008 AND LAST DAY TO FILE JOINT CASE MANAGEMENT STATEMENT TO AUGUST 21, 2008**

1

## CERTIFICATE OF SERVICE

2

3     I certify that on July 8, 2008, a true and correct copy of the foregoing STIPULATION

4   AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT

5   CONFERENCE TO AUGUST 28, 2008 AND LAST DAY TO FILE JOINT CASE

6   MANAGEMENT STATEMENT TO AUGUST 21, 2008 was served electronically via the

7   Court's e-filing system to Counsel of Record.

8

9     _____
      MEREDITH WEINBERG

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE TO AUGUST 28, 2008 AND LAST DAY TO FILE JOINT CASE MANAGEMENT STATEMENT TO AUGUST 21, 2008**