IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BARNUM TIMBER CO., a California
limited partnership,

    Plaintiff,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, and STEPHEN L.
JOHNSON, in his official capacity as
Administrator of the United States
Environmental Protection Agency,

    Defendants.

No. C 08-01988 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court hereby **GRANTS** the parties' stipulation to continue the case management conference to September 25, 2008, immediately following the hearing on defendants' motion to dismiss at 8:00 a.m. All related initial disclosure deadlines are **EXTENDED** accordingly.

Please note there will be no further continuances.

**IT IS SO ORDERED.**

Dated: July 9, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE