IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARNUM TIMBER CO., | No. C 08-01988 WHA |
| Plaintiff, | |
| v. | **ORDER RESCHEDULING HEARING** |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and STEPHEN L. JOHNSON, in his official capacity as Administrator, | |
| Defendants. / | |

Counsel shall be on notice that the hearing set for October 20, 2011, has been **RESCHEDULED** to **8 A.M. ON THURSDAY, OCTOBER 27**. Please report to Courtroom 8, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

**IT IS SO ORDERED.**

Dated: October 13, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE