IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BARNUM TIMBER CO., a California limited partnership,

    Plaintiff,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and LISA P. JACKSON, in her official capacity as Administrator of the Environmental Protection Agency,

    Defendants.

No. C 08-01988 WHA

**JUDGMENT**

    For the reasons stated in the accompanying order granting summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: December 15, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE